UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CALIFORNIA, CONNECTICUT, ILLINOIS, MAINE, MARYLAND, MICHIGAN, NEW JERSEY, OREGON, RHODE ISLAND, VERMONT, and WASHINGTON; COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA; DISTRICT OF COLUMBIA; and CITY OF NEW YORK,<br><br>              Plaintiffs,<br><br>       v.<br><br>ANDREW R. WHEELER, as Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; R. D. JAMES, as Acting Assistant Secretary of the Army for Civil Works; and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>              Defendants. | 19-CV-11673 (ALC)<br><br>**NOTICE OF**<br>**<u>VOLUNTARY DISMISSAL</u>** |

  Plaintiffs hereby voluntarily dismiss the complaint herein without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
           April 22, 2020

1

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

By: /s/ Philip Bein
Philip Bein (PB 1742)
Timothy Hoffman (TH1955)
*Assistant Attorneys General*
Monica Wagner
*Deputy Bureau Chief*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8797
Philip.Bein@ag.ny.gov


FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

By: /s/ Matthew I. Levine
Matthew I. Levine (ML2346)
David H. Wrinn
*Assistant Attorneys General*
Office of the Attorney General
PO Box 120, 55 Elm Street
Hartford, CT 06141-0120
(860) 808-5250
Matthew.Levine@ct.gov
David.Wrinn@ct.gov

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General

By: /s/ Tatiana K. Gaur
Tatiana K. Gaur*
*Deputy Attorney General*
Sarah E. Morrison
*Supervising Deputy Attorney General*
*Attorneys for Plaintiff*
*State of California, by and through*
*Xavier Becerra, Attorney General*
Office of the Attorney General
300 South Spring Street
Los Angeles, CA  90013
(213) 269-6329
Tatiana.Gaur@doj.ca.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

By: /s/ Jason E. James
Jason E. James (*pro hac vice*)
*Assistant Attorney General*
Matthew J. Dunn
*Chief, Environmental*
*Enforcement/Asbestos Litigation*
*Division*
Office of the Attorney General
Environmental Bureau
69 West Washington, 18th Floor
Chicago, IL 60602
(312) 814-0660
jjames@atg.state.il.us

| | |
|---|---|
| FOR THE STATE OF MAINE<br><br>AARON M. FREY<br>Attorney General<br><br>By: /s/ Jonathan R. Bolton<br>Jonathan R. Bolton (JB2820)<br>Office of the Attorney General<br>*Assistant Attorney General*<br>6 State House Station<br>Augusta, Maine  04333-0006<br>(207) 626-8800<br>Fax (207) 287-3145<br>jonathan.bolton@maine.gov | FOR THE STATE OF MARYLAND<br><br>BRIAN FROSH<br>Attorney General<br><br>By: /s/ Joshua M. Segal<br>Joshua M. Segal*<br>*Special Assistant Attorney General*<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6446<br>jsegal@oag.state.md.us |
| FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>MAURA HEALEY<br>Attorney General<br><br>By: /s/ Seth Schofield<br>Seth Schofield*<br>*Senior Appellate Counsel*<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 963-2436<br>seth.schofield@mass.gov | FOR THE STATE OF MICHIGAN<br><br> DANA NESSEL<br>Attorney General<br><br>By: /s/ Daniel P. Bock<br>Daniel P. Bock (*pro hac vice*)<br>*Assistant Attorney General*<br>Michigan Department of Attorney General<br>Environment, Natural Resources and Agriculture Division<br>P.O. Box 30755 Lansing, MI 48909<br>(517) 335-7664<br>bockd@michigan.gov |

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

By:  /s/ Gwen Farley
Gwen Farley (GP0434)
*Deputy Attorney General*
Environmental Practice Group
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625
(609)376-2761
Gwen.Farley@law.njoag.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

By:  /s/ Alison B. Hoffman
Alison B. Hoffman (*pro hac vice*)
*Special Assistant Attorney General*
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
AHoffman@riag.ri.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

By:  /s/ Paul Garrahan
Paul Garrahan (*pro hac vice*)
*Attorney-in-Charge,*
Natural Resources Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
(503) 947-4593
paul.garrahan@doj.state.or.us

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

By:  /s/ Benjamin D. Battles
Benjamin D. Battles (BB5387)
*Solicitor General*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-5944
benjamin.battles@vermont.gov

| | |
|---|---|
| FOR THE COMMONWEALTH OF VIRGINIA<br><br>MARK R. HERRING<br>Attorney General<br><br>By: /s/ David C. Grandis<br>David C. Grandis (*pro hac vice*)<br>*Senior Assistant Attorney General*<br>Donald D. Anderson<br>*Deputy Attorney General*<br>Paul Kugelman, Jr.<br>*Senior Assistant Attorney General*<br>*Chief, Environmental Section*<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>(804) 225-2741<br>dgrandis@oag.state.va.us | FOR THE STATE OF WASHINGTON<br><br>ROBET W. FERGUSON<br>Attorney General<br><br>By: /s/ Ronald L. Lavigne<br>Ronald L. Lavigne (*pro hac vice*)<br>*Senior Counsel*<br>Office of the Attorney General<br>2425 Bristol Court SW, 2nd Fl.<br>Olympia, WA 98504<br>(305) 586-6751<br>ronald.lavigne@atg.wa.gov |
| FOR THE CITY OF NEW YORK<br><br>James E. Johnson<br>*Corporation Counsel of the*<br>*City of New York*<br><br>By:  /s/ Nathan Taylor (NT9699)<br>Devon Goodrich (DG0836)<br>Hilary Meltzer<br>New York City Law Department<br>100 Church Street, Rm 6-144<br>New York, NY  10007<br>(212) 356-2315<br>NTaylor@law.nyc.gov | FOR THE DISTRICT OF COLUMBIA<br><br>KARL A. RACINE<br>Attorney General<br><br>By:  /s/ Brian Caldwell<br>Brian Caldwell (*pro hac vice*)<br>*Assistant Attorney General*<br>Public Integrity Section<br>Office of the Attorney General<br>for the District of Columbia<br>441 Fourth Street N.W., Ste # 600-S<br>Washington, D.C. 20001<br>(202) 727-6211<br>brian.caldwell@dc.gov<br><br> *application for admission *pro hac vice*<br>  pending |